**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANDREA JOHNSON,**

                  **Plaintiff,**

**-vs-**                                                Case No.  6:06-cv-410-Orl-31JGG

**WINGHOUSE OF SANFORD, LLC,**

                  **Defendant.**

_____

# ORDER

      This matter comes before the Court on the Motion to Dismiss or, in the Alternative, for Stay Pending Arbitration and Motion to Compel Arbitration (Doc. 11) filed by the Defendant, Winghouse of Sanford, LLC (Winghouse of Sanford), and the Response (Doc. 14) filed by the Plaintiff, Andrea Johnson ("Johnson").  Winghouse of Sanford seeks to compel arbitration on the basis of an Employee Arbitration Agreement (Doc. 11 at 8) (the "Agreement") signed by Johnson on April 1, 2004.  The Agreement contains statements that Johnson understood "that my employer has already agreed to arbitrate any claim or dispute which may arise in the future out of, or in connection with, my employment or relationship with my employer and its officers, directors or employees" and that "in consideration of this agreement by my employer to arbitrate all claims," Johnson agreed to arbitrate "any claims that arise in the future".  (Doc. 11 at 8).

      However, there is no evidence that Winghouse of Sanford is the employer referred to in the Agreement, which does not refer to Winghouse of Sanford at all and was signed only by Johnson and a witness.  (Doc. 11 at 8).  (The only reference to a particular party other than Johnson is in the

Agreement's subtitle: "Ker, Inc., Winghouse, Employee Arbitration Agreement". (Doc. 11 at 8).) There is also no evidence of the alleged agreement by Winghouse of Sanford to arbitrate claims. In short, Winghouse of Sanford has not demonstrated that the Plaintiff is subject to an enforceable arbitration agreement. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion to Dismiss or, in the Alternative, for Stay Pending Arbitration and Motion to Compel Arbitration (Doc. 11), is **DENIED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 18, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party